# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

EDWARD M. STEFAN
*Plaintiff*

vs

CORONADO ELECTRONICS OUTLET, CORONADO ELECTRONICS, JUAN M. FILIBERTO, JOSEFINA S. CORONADO and DOES 1 THROUGH 10
*Defendants*

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1488 BEN JMA

FILED 2008 AUG 14 PM 3:00
SOUTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
—DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ.  CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By KIMMERLY, Deputy Clerk

AUG 14 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)