1  Jack F. Fitzmaurice, Esq. CSBN 061129

2  FITZMAURICE & DEMERGIAN
   *An Expense Sharing Association –*

3  *Not a Partnership or Joint Endeavor*
   1061 Tierra Del rey, Suite 204

4  Chula Vista, California 91910
   Office:  (619) 591-1000

5  Fax:     (619) 591-1010

6

7  Attorney for Defendants
   CORONADO ELECTRONICS OUTLET,

8  CORONADO ELECTRONICS,
   JUAN M. FILIBERTO,

9  JOSEFINA S. CORONADO,
   and DOES 1 THROUGH 10.

10

**FILED**

**2008 SEP -4 PM 2:54**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

11            **UNITED STATES DISTRICT COURT**

12          **SOUTHERN DISTRICT OF CALIFORNIA**

13  EDWARD M. STEFAN                    Case No.: 08CV1488BENJMA

14            Plaintiff,               **ANSWER TO COMPLAINT**

15       vs.

16

17  CORONADO ELECTRONICS OUTLET,
    CORONADO ELECTRONICS, JUAN M.

18  FILIBERTO, JOSEFINA S. CORONADO,
    and DOES 1 THROUGH 10,

19
            Defendants.
20

21

22       COME NOW Juan M. Filiberto and Josefina S. Coronado d/b/a

23  Coronado Electronics Outlet (hereinafter "Defendants") and,

24  severing themselves from all other Defendants, answer the

25  complaint herein as follows:

26  ////

27  ////

28  ////                                    1

N:\cases\1517\lit\Answer to complaint for judicial foreclosure.doc

**ORIGINAL**                          08CV1488BENJMA

## I.  JURISDICTION AND VENUE

1. Answering paragraph 1 of the complaint, these answering Defendants admit the allegations set forth therein.

2. Answering paragraph 2 of the complaint, these answering Defendants admit the allegations set forth therein.

3. Answering paragraph 3 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

## II.  THE PARTIES

4. Answering paragraph 4 of the complaint, these answering Defendants admit that they engage in business in the State of California, at the location set forth therein.

5. Answering paragraph 5 of the complaint, these answering Defendants admit that they engage in business in the State of California.  The Defendants are co-owners of the building mentioned therein.

6. Answering paragraph 6 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

7. Answering paragraph 7 of the complaint, these answering Defendants admit that they engage in business at the aforementioned location.  Regarding any consent to or ratification of acts, these defendants lack information or belief and upon that basis deny the allegations set forth herein.

2

8. Answering paragraph 8 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

### III. FACTS

9. Answering paragraph 9 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

10.   Answering paragraph 10 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

11.   Answering paragraph 11 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

12.   Answering paragraph 12 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

13.   Answering paragraph 13 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

14.   Answering paragraph 14 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

15.   Answering paragraph 15 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

N:\cases\1517\lit\Answer to complaint for judicial foreclosure.doc

08CV1488BENJMA

16.  Answering paragraph 16 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

17.  Answering paragraph 17 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

18.  Answering paragraph 18 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

19.  Answering paragraph 19 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

20.  Answering paragraph 20 of the complaint, these answering
Defendants admit that they have a duty to remove non-compliant
barriers.

21.  Answering paragraph 21 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

22.  Answering paragraph 22 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

23.  Answering paragraph 23 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

24.  Answering paragraph 24 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

4

08CV1488BENJMA

## IV. FIRST CLAIM FOR VIOLATION OF AMERICAN WITH DISABILITIES ACT

25.   Answering paragraph 25 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

26.   Answering paragraph 26 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

27.   Answering paragraph 27 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

28.   Answering paragraph 28 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

29.   Answering paragraph 29 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

30.   Answering paragraph 30 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

31.   Answering paragraph 31 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

## V. SECOND CLAIM FOR VIOLATION OF CALIFORNIA CODE

32.   Answering paragraph 32 of the complaint, these answering Defendants lack information or belief and upon that basis deny the allegations set forth herein.

5

33.  Answering paragraph 33 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

34.  Answering paragraph 34 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

35.  Answering paragraph 35 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

## VI.  THIRD CLAIM FOR NEGLIGENCE PER SE

36.  Answering paragraph 36 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

37.  Answering paragraph 37 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

38.  Answering paragraph 38 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

39.  Answering paragraph 39 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

40.  Answering paragraph 40 of the complaint, these answering
     Defendants lack information or belief and upon that basis deny
     the allegations set forth herein.

N:\cases\1517\lit\Answer to complaint for judicial foreclosure.doc

08CV1488BENJMA

41.  Answering paragraph 41 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

42.  Answering paragraph 42 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

43.  Answering paragraph 43 of the complaint, these answering
Defendants lack information or belief and upon that basis deny
the allegations set forth herein.

### AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The complaint and each and every allegation set forth
therein fails to state a claim.

### PRAYER

Wherefore Defendants pray:

1. That Plaintiff takes nothing by this complaint;

2. For costs of suit;

3. For such other and further relief as the court deems just and
proper.

7

08CV1488BENJMA

1  Respectfully submitted,    FITZMAURICE & DEMERGIAN

2

3  Dated:   September 2, 2008

4                                     Jack F. Fitzmaurice, Esq.
                                      Attorney for Defendants
5                                     CORONADO ELECTRONICS OUTLET,
                                      CORONADO ELECTRONICS, JUAN M.
6                                     FILIBERTO, JOSEFINA S. CORONADO,
                                      and DOES 1 THROUGH 10.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

N:\cases\1517\lit\Answer to complaint for judicial foreclosure.doc

08CV1488BENJMA

1 | Jack F. Fitzmaurice, Esq. CSBN 061129

FITZMAURICE & DEMERGIAN

2 | *An Expense Sharing Association -*

3 | *Not a Partnership or Joint Endeavor*

1061 Tierra Del rey, Suite 204

4 | Chula Vista, California 91910

Office:  (619) 591-1000

5 | Fax:     (619) 591-1010

6

Attorney for Defendants

7 | CORONADO ELECTRONICS OUTLET,

CORONADO ELECTRONICS,

8 | JUAN M. FILIBERTO,

9 | JOSEFINA S. CORONADO,

and DOES 1 THROUGH 10

10

FILED

2008 SEP -4  PM 2:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

11 |                    **UNITED STATES DISTRICT COURT**

12 |                   **SOUTHERN DISTRICT OF CALIFORNIA**

13 | EDWARD M. STEFAN

14 |          Plaintiff,

15

16 |      vs.

17 | CORONADO ELECTRONICS OUTLET,
CORONADO ELECTRONICS, JUAN M.

18 | FILIBERTO, JOSEFINA S. CORONADO,
and DOES 1 THROUGH 10,

19

20 |          Defendants.

Case No.: 08CV1488BENJMA

**PROOF OF SERVICE**

21

22 |                    **PROOF OF SERVICE**

23 |     I, the undersigned, declare:

24 |     I am employed in the office of a member of this bar of this

25 | court, at whose direction this service was made.  I am over the

26 | age of eighteen (18) years and not a party to the action; I am

27 | employed in, or am a resident of the County of San Diego,

28

ORIGINAL

08CV1488BENJMA

1  California; where the mailing occurs; and my business address is

2  1061 Tierra del Rey, Suite 204, Chula Vista, CA 91910.

3      I further declare that I caused to be served on September

4  4, 2008, by U.S. First-Class Mail with prepaid postage, the

5  following documents:

6

7    **1. ANSWER TO COMPALINT FOR JUDICIAL FORECLOSURE**

8    **2. PROOF OF SERVICE**

9  On the interested parties to this action listed below:

10  Duane H. Sceper
    Attorney at Law
11  P.O. Box 1551
    Hayfork, California 96041
12

13

14  Dated:   September 4, 2008                    _____
                                                    Kimberly R. Galindo
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

N:\cases\1517\lit\POS 1.doc

08CV1488BENJMA