# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

EDWARD M. STEFAN
Plaintiff

vs

CORONADO ELECTRONICS OUTLET, CORONADO ELECTRONICS, JUAN M. FILIBERTO, JOSEFINA S. CORONADO and DOES 1 THROUGH 10
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1488 BEN JMA

TO: (Name and Address of Defendant)

JOSEFINA S. CORONADO
8710 DEAD STICK RD.
SAN DIEGO, CA 92154

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ. CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 14 2008
DATE

K. HAMMERLY
By , Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/26/08 |
| NAME OF SERVER TIM KRUPSAW | TITLE PROCESS SERVER |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: 8710 DEAD STICK RD. SAN DIEGO, CA 92154

Name of person with whom the summons and complaint were left: MIKE LOPEZ

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES 35- | TOTAL 35- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 8/26/08
Date

Signature of Server

LAW IN MOTION
560 ASH ST.
SAN DIEGO, CA 92101
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure